UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RICKY L. BROWN** | **CIVIL ACTION NO. 12-0289** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **FIFTH LOUISIANA LEVEE DISTRICT, ET AL.** | **MAG. JUDGE JOSEPH PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 83], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Louisiana Department of Transportation and Development's ("DOTD") Motion to Dismiss [Doc. No. 71] is **GRANTED**. Plaintiff's claims against DOTD are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**MONROE, LOUISIANA,** this 27th day of April, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE