UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RICKY L. BROWN** | **CIVIL ACTION NO. 12-0289** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **FIFTH LOUISIANA LEVEE DISTRICT, ET AL.** | **MAG. JUDGE JOSEPH PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 84] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that Defendant the United States Army Corps of Engineer's ("the Corps") Motion to Dismiss [Doc. No. 62] is GRANTED. Plaintiff's claims against the Corps are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that this matter is referred to the Clerk of Court for the issuance of a scheduling order.

MONROE, LOUISIANA, this 8th day of June, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE