UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RICKY L. BROWN | CIVIL ACTION NO. 12-289 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BOARD OF COMMISSIONERS FIFTH LOUISIANA LEVEE DISTRICT, ET AL. | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge [Doc. No. 144], and after an independent review of the entire record, including the written objections and response thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss [Doc. No. 94] is GRANTED and that Plaintiff's federal takings claim is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's state law takings claim is DISMISSED WITHOUT PREJUDICE;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment [Doc. No. 95] is GRANTED and that Plaintiff's equal protection and substantive due process claims are DISMISSED WITH PREJUDICE;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant's Motion for Remand [Doc. No. 106] is DENIED AS MOOT.

MONROE, LOUISIANA this 5th day of September, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE